**United States Bankruptcy Court**

**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:   Brenda J. Stingley | ) | Chapter 13 |
| | ) | Case No. 18 B 20046 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Brenda J. Stingley
1917 S. 49th Ave.
Cicero, IL 60804

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On August 13, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, July 30, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 18, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on November 06, 2018, for a term of 36 months with payments of $585.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 12 | $7,020.00 | $5,807.50 | $1,212.50 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 07/29/2019
Due Each Month: $585.00
Next Pymt Due: 08/17/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/17/2018 | 539326 | $146.25 | 10/17/2018 | 539245 | $146.25 |
| 10/24/2018 | 539489 | $146.25 | 11/05/2018 | 25097804190 | $250.00 |
| 11/13/2018 | 539573 | $146.25 | 11/30/2018 | 1267480 | $585.00 |
| 01/04/2019 | 1270353 | $585.00 | 01/25/2019 | 1474758 | $585.00 |
| 03/04/2019 | 207952358317 | $585.00 | 03/22/2019 | 208494078310 | $585.00 |
| 05/08/2019 | 1281987 | $585.00 | 06/03/2019 | 25903702822 | $585.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE